IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00830-WYD-BNB

LUVIBIDILA J.LUMUENEMO,

Plaintiff,

v.

CITIGROUP INC., d/b/a CITIMORTGAGE, INC.,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     IT IS ORDERED that the **Joint Motion to Vacate Scheduling Conference and Related Deadlines** [Doc. # 15, filed 6/5/2008] is GRANTED.  See Merrill Lynch, Pierce, Fenner & Smith Inc. v. Coors, 357 F. Supp. 2d 1277 (D. Colo. 2004).  The Order Setting Rule 16(b) Scheduling Conference and Rule 26(f) Planning Meeting [Doc. # 10], including the scheduling conference set for June 25, 2008, at 8:30 a.m., are VACATED.

     IT IS FURTHER ORDERED that the plaintiff shall file a status report within 10 days after any ruling on the Motion to Compel Arbitration and Stay Proceedings [Doc. # 11] addressing what additional proceedings, if any, are required.

DATED:  June 13, 2008