IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00830-WYD-BNB

LUVIBIDILA J. LUMUENEMO,

    Plaintiff,

v.

CITIGROUP INC., d/b/a CITIMORTGAGE, INC.,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiff's Motion to File Surreply to Defendant's Reply in Support of Motion to Compel Arbitration and Stay Proceedings (filed August 4, 2008) is **GRANTED**. Plaintiff's Surreply attached to its motion is accepted for filing.

    Dated: August 15, 2008